**UNITED STATES COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| KAREN SCHULTE,<br>individually and on behalf of all others<br>similarly situated,<br><br>            Plaintiff,<br><br>vs.<br><br>COLGATE-PALMOLIVE COMPANY,<br>WALGREEN CO., CVS PHARMACY,<br>INC., WALMART, INC., TARGET<br>CORPORATION, SCHNUCK MARKETS,<br>INC., and DIERBERGS MARKETS, INC.<br><br>            Defendants. | )<br>)<br>)<br>)<br>) Case No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION OF DEFENDANT COLGATE-PALMOLIVE COMPANY TO SEAL**
**NOTICE OF REMOVAL AND SUPPORTING DECLARATION**

Pursuant to Local Rule 13.05, Defendant Colgate-Palmolive Company ("Colgate") requests for good cause shown that Colgate's Notice of Removal (the "Notice"), and the Declaration of Brian Keough filed concurrently therewith as Exhibit B (the "Declaration"), be placed under seal. In support thereof, Colgate states as follows:

1. The Notice and Declaration contain confidential information regarding retail and net sales of Lady Speed Stick Invisible antiperspirant during the class period, including information obtained from the market research firm The Nielsen Company (US), LLC ("Nielsen"). Nielsen keeps this information confidential because it is proprietary and provided only to subscribers, and Colgate keeps this information confidential because it is contractually obligated to do so, and it gives Colgate a competitive advantage in the marketplace. *See Synergetics, Inc. v. Hurst*, 477 F.3d 949, 954 (8th Cir. 2007) (recognizing "sales data" as a protectable trade secret); *see also Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978) (sealing is appropriate with respect to "sources of business information that might harm a litigant's competitive standing").

WHEREFORE, Colgate respectfully requests that the Court enter an order that the Notice and Exhibit B to the Notice, the Declaration of Brian Keough, be placed under seal.

                         HAAR & WOODS, LLP

By:    /s/ Lisa A. Pake
Lisa A. Pake - MO39397
1010 Market St., Suite 1620
St. Louis, Missouri 63101
(314) 241-2224
(314) 241-2227 (fax)
lpake@haar-woods.com

*Attorneys for Defendant*
*Colgate-Palmolive Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed electronically with the Clerk of the Court to be served on all counsel of record by operation of the CM/ECF system and a copy was sent to the following recipient via U.S. Mail, postage prepaid, this 13th day of September, 2019:

Daniel F. Horvath, #57599M0
HARVATH LAW GROUP, LLC
75 W. Lockwood, Suite #1
Webster Groves, MO 63119
(314) 550-3717
dharvath@harvathlawgroup.com

*Attorney for Plaintiff*

                         /s/ Lisa A. Pake